TIMBERLAND DEVELOPMENT CORPORATION *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HAVEN ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 606 (AC 15195), is denied.

*Hugh F. Keefe,* in support of the petition.

*Benson F. Snaider* and *Kellie J. Garner,* in opposition.

Decided January 16, 1997

BRIAN S. RAKICH-KELLY ET AL. *v.* BENTLEY MORTGAGE PREFERRED PARTNERS LIMITED PARTNERSHIP

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 916 (AC 15366), is denied.

*Alfred J. Onorato,* in support of the petition.

*Allen J. Segal,* in opposition.

Decided January 16, 1997

SUSAN HUNTER *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 918 (AC 15366), is denied.

*Matthew Shafner,* in support of the petition.

Decided January 16, 1997